2024R00037/TA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**FILED**

**JUN 2 6 2025**

AT 8:30 \_\_\_\_ M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable Robert Kirsch |
| v. | : Crim. No. 25-423 |
| | : 18 U.S.C. § 875(c) |
| ABHINABA BARTHAKUR | : 18 U.S.C. § 115(a)(1)(B) |
| | : I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

### COUNTS ONE THROUGH FIVE
### (Transmission of Threats in Interstate or Foreign Commerce)

1. At all times relevant to this Indictment:

    a. Defendant ABHINABA BARTHAKUR ("BARTHAKUR") held dual citizenship in the United States and India. Prior to December 2018, BARTHAKUR resided in the United States, in Somerset County, New Jersey. In December 2018, BARTHAKUR left the United States and has not returned.

    b. Elected Official 1 was a resident of New Jersey and was a government official in the executive branch of the State of New Jersey. Elected Official 1's office was located in Somerville, New Jersey.

    c. Judge 1 was a Judge in the Superior Court of New Jersey, Somerset Vicinage, Civil Division, located in Somerville, New Jersey. Judge 1 presided over a civil court matter involving the foreclosure of BARTHAKUR's residence in Somerset County in 2016.

    d. Judge 2 was a Judge in the Superior Court of New Jersey, Somerset Vicinage, Family Division, located in Somerville, New Jersey. Judge 2 presided over a family court matter involving BARTHAKUR in 2018.

e. Victim 1 was a resident of Somerset County, New Jersey.

f. Judge 3 was a Judge in the United States District Court for the District of New Jersey, located in Newark, New Jersey. Judge 3 presided over a *pro se* civil case initiated by BARTHAKUR in 2016, whereby Judge 3 dismissed BARTHAKUR's case.

2. On or about the dates set forth below, in the District of New Jersey, and elsewhere, the defendant,

ABHINABA BARTHAKUR,

with the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, as set forth below, each constituting a separate count of this Indictment:

| Count | Approximate Date | Target | Method of Transmission | Description of Threat |
|---|---|---|---|---|
| One | July 14, 2020 | Elected Official 1 | Phone call to New Jersey from outside New Jersey | Threats to assault Elected Official 1, including removing Elected Official 1's fingers |
| Two | September 13, 2020 and September 22, 2020 | Judge 1 | Phone call to New Jersey from outside New Jersey | Threats to assault Judge 1, including removing Judge 1's fingers |
| Three | September 13, 2020 | Judge 2 | Phone call to New Jersey from outside New Jersey | Threats to assault Judge 2, including injuring Judge 2's fingers |
| Four | October 16, 2023 | Victim 1 | Phone call to New Jersey from outside New Jersey | Threats to assault and murder Victim 1, including using a .22 |

2

|      |                   |         |                                                          | caliber handgun to injure and kill Victim 1 |
|------|-------------------|---------|----------------------------------------------------------|---------------------------------------------|
| Five | November 26, 2024 | Judge 3 | Phone call to New Jersey from outside New Jersey | Threats to assault and murder Judge 3, including using a .22 caliber handgun to injure and kill Judge 3 |

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX
### (Retaliating Against Federal Official By Threat)

1. The allegations contained in paragraphs 1(a), 1(f), and 2 of Counts One through Five of this Indictment are re-alleged and incorporated as though fully set forth in this paragraph.

2. On or about November 26, 2024, in the District of New Jersey, and elsewhere, the defendant,

ABHINABA BARTHAKUR,

did threaten to assault and murder Judge 3, with the intent to impede, intimidate, and interfere with Judge 3 while he or she was engaged in the performance of his or her official duties, and to retaliate against Judge 3 on account of the performance of his or her official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

███████████

FOREPERSON

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: 25-CR-423 (RK)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ABHINABA BARTHAKUR

## INDICTMENT FOR

18 U.S.C. § 875(c)
18 U.S.C. § 115(a)(1)(B)

A True Bill,



Foreperson

ALINA HABBA
United States Attorney
for the District of New Jersey

TRACEY AGNEW
Assistant U.S. Attorney
Trenton, New Jersey
(609) 656-2504